In Re:
**MELANIE WALKER**

**CASE NO. 10-82182**
**CHAPTER 13**

Social Security No.: xxx-xx-3265
Address: 1200 John D. Winstead Road,  ,Roxboro, NC 27574-

Debtor

### APPLICATION FOR ADDITIONAL ATTORNEY FEES

Undersigned law firm, the attorney for the Debtor (hereinafter referred to as "Attorney"), pursuant to Bankruptcy Rule 2016(a), requests approval of an additional attorney fee to reimburse Attorney for the cost of necessary expenses paid by Attorney on behalf of the Debtor, and in support thereof, respectfully shows unto the Court as follows:

1.     The  Debtor filed a voluntary Chapter 13 case on 11/30/10.

2.     Prior to the filing of the case, in addition to an attorney fee, Debtor agreed to pay to Attorney the following necessary expenses:

| | | |
|---|---|---|
| Filing fee | $ | **274.00** |
| Credit Counseling Certification fee | $ | **34.00** |
| Cost of credit report ($10 each) | $ | **10.00** |
| County Clerk judgment search ($10 each) | $ | **10.00** |
| Total: | $ | **328.00** |

3.     Prior to the filing of this case, the Debtor paid Attorney a total of **$0.00** with respect to these expenses.

4.     To accommodate the Debtor, Attorney agreed to advance (and did in fact pay or agree to pay) on behalf of the Debtor all of these expenses.

5.     In turn, the Debtor has agreed to reimburse Attorney out of the proceeds of Debtor's Chapter 13 plan.

6.     Therefore, Attorney requests that this Court allow the reimbursement of said expenses in the amount of **$328.00**

7.     For the administrative convenience of the Chapter 13 Trustee, Attorney requests that said reimbursement be treated as and deemed to be additional attorney fees, above and beyond the amount of attorney fees as may be awarded in the order confirming plan entered in this case.

8.     Other than as indicated, Attorney has not received any payment, transfer, assignment or pledge of property with respect to said expenses, whether from the Debtor or any other entity, nor has Attorney ever previously apply for reimbursement of said expenses.

**WHEREFORE**, Attorney prays that this Court approve an additional attorney fee in the said amount of, and **$328.00** direct the Trustee to pay said fee from the proceeds of the Chapter 13 plan as an administrative expense pursuant to 11 U.S.C. 330(a)(4)(B), which fee shall be in addition to the attorney fees as may be awarded in the order confirming plan.


Dated: August 9, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz

Edward Boltz(State Bar No. 23003)
Attorney for Debtor
6616 Six Forks Road, Suite 203
Raleigh, NC 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C. certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on August 9, 2011, I served copies of the foregoing **APPLICATION FOR ADDITIONAL ATTORNEY FEES** by first class mail upon the following parties:

Melanie Walker
1200 John D. Winstead Road
 Roxboro, NC 27574-

<u>and</u> by automatic electronic noticing upon:

Richard M. Hutson, II
Chapter 13 Trustee
P.O. Box 3613
Durham, N.C.  27702-3613

Michael D.  West
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, N.C. 27402-1828

                                             s/ Renee Nolte
                                             Renee Nolte